THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EDWARD GRILLO, Respondent.—

In our opinion, in so holding the court properly followed the settled rule that such a defective instrument is not a pistol under section 1897 of the Penal Law. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.